IN THE UNITED STATES DISTRICT COURT

WOODBUCK NOE,
PLAINTIFF,

V.    CASE NO. 2:07CV499-MEF

ALABAMA DEPT. OF CORRECTIONS;
RICHARD F. ALLEN, COMMISSIONER;
MS. SPARKS; WARDEN JOHN
CUMMINS; DEPUTY WARDEN LOUIS
BOYD; CAPTAINS SYLVESTER
KETTLES, AND HENRY PERKINS;
LIEUTENANTS ~~[scribbled out]~~
GWENDOLYN BABERS, BRENDA
MARCUS, D. ETHERIDGE, JEROME
BURNEY, MICHAEL MCCRANEY;
SERGEANTS A. WILLIAMS, C.
SMITH, M. BENFORD, P. LOCKLEY,
ANTHONY JACKSON, AUNDRA JACKSON,
RUBY CARTER, THOMAS, J. MOORE;
COI D. STANFORD; LAUNDRY MANAGER,
T. ELLISON; SANDRA GILES,
DEFENDANTS.

**COMPLAINT, AND AFFIDAVIT**

**PARTIES**

WOODBURCK NOE, AIS: 148478, DORM E1-14A, P.O. BOX 5107, UNION SPRINGS, AL. 36089-5107;

ALABAMA DEPT. OF CORRECTIONS; RICHARD F. ALLEN/COMMISSIONER, 1400 LLOYD ST., MONTGOMERY, AL. 36107; P.O. BOX 301501, MONTGOMERY, AL. 36107;

JOHN CUMMINS; LOUIS BOYD; SYLVESTER NETTLES; HENRY PERKINS; THOMAS; B. MARCUS; D. ETHERIDGE, MICHAEL MCCRANEY; JEROME BURNEY; MS. SPARKS; GWENDOLYN BABERS; P. LOCKLEY; RUBY CARTER; G. SMITH; T. ECLESON; J. MOORE; A. WILLIAMS; M. BENTFORD; D. STANFORD; SANDRA GILES; AUNDRA JACKSON; ANTHONY JACKSON, BULLOCK COUNTY CORRECTIONAL FACILITY, HWY. 82 WEST, P.O. BOX 5107, UNION SPRINGS, AL. 36089; c/o ALABAMA DEPT. OF CORRECTIONS, 1400 LLOYD ST., MONTGOMERY, AL. 36107

## JURISDICTION

JURISDICTION OF THIS COURT IS, AND LIES UNDER UNITED STATES CONSTITUTION AMENDMENT EIGHT BY WHICH MATTERS IN THIS CASE ARISE BY EXPLANATION; BESIDES, UNDER AMENDMENT ONE.

## CLAIM

COMES THE PLAINTIFF, AND MOVES THIS HONORABLE COURT TO GRANT RELIEF BASED ON FACTS SUBMITTED IN THIS DOCUMENT AFFIRMED TO AS TRUE UNDER PENALTY OF PERJURY AS FOLLOWING: I ATTEMPT TO PRESENT THIS DOCUMENT IN THE BEST MANNER POSSIBLE DUE TO

2

LIMITED, OR UNAVAILABLE RESOURCES WITH MEANS TO ACCOMPLISH LEGAL WORK BECAUSE OF TACTICS OF PRISON OFFICIALS WHERE I'M CONFINED. I DON'T KNOW IF YOU WILL RECEIVE THIS DOCUMENT, BUT EXTREME, AND FLAGRANT VIOLATIONS HAVE BEEN, AND ARE BEING COMMITTED BY VARIOUS OFFICIALS OF THE ALABAMA DEPT. OF CORRECTIONS WITH CORRUPTION ALONG WITH BULLOCK COUNTY CORRECTIONAL FACILITY WHERE PERILOUS PREDICAMENTS ARE CAUSED AGAINST INMATES ACCORDING TO THE URGENCY OF DESCRIPTIONS HEREIN;

## GROUND ONE

I WAS VIOLATED UNDER MY RIGHT UNDER AMENDMENT EIGHT WHEN ON MAY 1, 2007 MS. SPARKS TOLD ME IN THE SHIFT COMMANDER'S OFFICE I WAS ON A LIST TO LEAVE MAY 25, 2007 TO BE RELEASED ON PAROLE. HOWEVER, WHEN I ASKED SGT. ANTHONY JACKSON ABOUT WHAT TIME WOULD I LEAVE ON MAY 25, 2007 HE SAID I WASN'T GOING ANYWHERE. ON THAT DAY WHEN I TALKED TO DEP. WARDEN BOYD ABOUT WHAT MS. SPARKS SAID HE SAID SHE WAS BASICALLY "MESSING" WITH ME. WHEN I TALKED TO OTHER OFFICIALS ABOUT SUCH THEY SAID MS. SPARKS LIED TO ME. I WAS SHOCKED, AND HORRIFIED TO BE TOLD I WAS GOING HOME, THEN TO BE TOLD I WAS NOT BEING RELEASED; FROM BULLOCK COUNTY CORRECTIONAL FACILITY.

THE OFFICIALS AT BULLOCK COUNTY CORRECTIONAL FACILITY FAILED TO PREVENT MS. SPARKS FROM ~~████████~~ COMMITTING HORRID TACTICS AS HAS BEEN PERFORMED BY HER BASED ON RECORDS REGARDING HER ~~████████~~ CONDUCT; AS I HAVE EVEN COMPLAINED AS TO SUCH. HOWEVER, HER SUPERVISORS FAILED TO ENSURE SHE WOULD NOT COMMIT SUCH VIOLATION EXPLAINED AS TO MAY 1, 2007 BEING WARDEN ██ COMMING,

3.

Dep. Warden Boyd, Capt.'s Nettles, and Perkins, Lt.'s Babers, Marcus, and McCraney, Sgt.'s Aundra Jackson, Anthony Jackson, Carter, and Thomas failed to prevent her from engaging in atrocious conduct.

On May 25, 2007 when I tried to talk to Mr. Boyd about Ms. Sparks by going through the shift commanders office door being ~~open~~ Mr. Boyd went in there while I was talking to him Sgt. Anthony Jackson pushed the door on me to keep me from entering, thereby breaching my eighth amendment right.

Commissioner Allen failed to supervise, and monitor officials at Bullock County Correctional Facility to prevent the devastating chaos that ensued.

## Ground Two

On, or about May 12, 2007 coats were taken from us inmates at Bullock County Correctional Facility to subject us to unbearable weather conditions when I was sleeping being disturbed by Mr. Stanford under supervision of ~~Mr.~~ Mr.'s Cummins, Boyd, Nettles, Perkins, Anthony Jackson, Aundra Jackson, Thomas, McCraney, Smith, and Burney with Ms.'s Giles, Marcus, Moore, Etheridge, Babers, Lockley, Bentford, Williams, and Carter collaborating with laundry manager Ms. Ellison.

Mr. Allen failed to prevent such deplorable, and repugnant violations committed by the officials subordinate at Bullock County Correctional Facility being he allowed ~~our~~ coats to be taken without supervising, or monitoring such corrupt officials. Such violations horrendously breach eighth amendment rights.

4

### GROUND THREE

My Eighth Amendment right was disastrously violated by Mr. Anthony Jackson when he closed the door on me May 25, 2007 when trying to go in the Shift Commander's office. He refused to let me speak to his superior when I was trying to gain my freedom.

### GROUND FOUR

On, or about May 12, 2007 Mr. Stanford assaulted me hitting me when I was in the bed for him to get my coat. I was disturbed when he committed such violation depriving me of protection under my Eighth Amendment right when he deprived me of my coat.

### GROUND FIVE

On May 25, 2007 Mr. Anthony Jackson deprived me of my First Amendment right when he shut the door of the Shift Commander's office on me when I tried to seek assistance from Mr. Boyd his superior to obtain my freedom being Ms. Sparks lied to me.

### GROUND SIX

My right under Amendment One was violated when Mr. Commens refused to let me speak to him about Ms. Sparks on May 30, 2007 being I sent a request form regarding such May 27, 2007; and I wanted to claim her as an enemy because she lied to me about a critical situation, and very well may lie to me about something else. I am concerned for my safety, and wellbeing which are at issue.

5

## CONCLUSION

THEREFORE, FOR THE REASONS PRESENTED STATING, AND DEMONSTRATING THAT THE CORRUPT OFFICIALS ALONG WITH THE ALABAMA DEPT. OF CORRECTIONS CAUSED EXTREME DEVASTATION, MENTAL AGONY, DISORDER, AND ATROCITY AS TO MY RIGHTS BY THEIR VILE COMMISSIONS THROUGH THEIR DISREGARD FOR MY SAFETY, AND WELL-BEING ESPECIALLY WITH THE COMMISSIONER FAILING TO SUPERVISE, AND MONITOR HIS SUBORDINATE OFFICIALS TO PREVENT PERPETRATION OF THE REPREHENSIBLE DEPRIVATION OF MY RIGHTS UNDER AMENDMENTS ONE WITH EIGHT IT IS EMPHATICALLY URGED THAT A JUDGMENT BE ENTERED TO DISCHARGE, AND RELEASE ME FROM STATE CUSTODY. BEING I WAS LIED TO I DON'T WANT TO SPEND ANOTHER MOMENT WITHOUT MY FREEDOM. I BASICALLY AM IN PRISON FOR NOTHING, AND THERE ARE OTHER INMATES CONFINED WITHOUT REASON, AND THERE VERY WELL MAY BE INMATES KEPT INCARCERATED PAST THEIR DATE TO BE RELEASED. THIS COURT WOULD ENSURE COMPLIANCE WITH FEDERAL RULES BY ENSURING PROVISIONS OF GUARANTEES UNDER PRINCIPLES OF FEDERAL GUIDELINES BY IMPLEMENTING MEASURES TO AVOID CRIMES SIMILAR TO SUCH ROUTINELY PRACTICED BY THE DEFENDANTS UNTIL PRESENT.

DATE 5-3-07

RESPECTFULLY SUBMITTED,

*[signature]*

WOODBURK NOE, PRO SE
A.I.S.: 148425
DORM E-14A
P.O. BOX 5107
UNION SPRINGS, AL. 36089-5107

6



WOODBURY CCC NOE
APS 148475
Dorm E1-14A
PO BOX 5107
UNION SPRINGS AL 36089-5107

UNITED STATES POSTAGE
$ 00.58⁰
JUN 05 2007
MAILED FROM ZIP CODE 36089
02 1M
0004219410

UNITED STATES DISTRICT COURT
UNITED STATES COURTHOUSE
ONE CHURCH ST
PO BOX 711
MONTGOMERY AL 36101-0711