IN THE UNITED STATES DISTRICT COURT

WOODBURCK NOE,     *
    PLAINTIFF,     *
V.     * CASE NO. 2:07CV499-MEF
ALABAMA DEPT. OF CORRECTIONS, ET AL.;     *
    DEFENDANTS.     *

## MOTION FOR INDIGENCY TREATMENT, AND APPOINTMENT OF COUNSEL, WITH AFFIDAVIT

COMES THE PLAINTIFF, AND MOVES THIS HONORABLE COURT TO GRANT THIS MOTION FOR INDIGENCY TREATMENT, AND APPOINTMENT OF COUNSEL BASED ON THE FOLLOWING INFORMATION AFFIRMED TO AS TRUE UNDER PENALTY OF PERJURY PURSUANT TO AMENDMENT ONE OF THE UNITED STATES CONSTITUTION AS TO THE ABOVE-STYLED CAUSE;

I AM UNEMPLOYED, AND HAVE NO MEANS, OR MONEY TO PAY FOR COURT COSTS, OR HIRE A LAWYER WITH LESS THAN $2 ON MY PRISON ACCOUNT;

I AM LIMITED AS TO EXPERIENCE WITH KNOWLEDGE CONCERNING LAW;

A LAWYER WOULD BEST REPRESENT ME WITH THE ISSUES INVOLVED BEING THEY'RE CRITICAL, AND CRUCIAL.

THEREFORE, FOR THE REASONS PRESENTED IT IS EARNESTLY REQUESTED THAT JUDGMENT BE ENTERED FOR THE MATTER.

DATE: 6-3-07

RESPECTFULLY SUBMITTED,
*Woodburck Noe*
WOODBURCK NOE, PRO SE