IN THE UNITED STATES DISTRICT COURT

WOODBURCK NOE,                            *
    PLAINTIFF,                        *
VS.                                       *  U.S.D.C. NO. 2:07-CV-499
ALABAMA DEPT. OF CORRECTIONS, ET          *
AL.,                                      *
    DEFENDANTS.                       *

## OBJECTION WITH AFFIDAVIT AS TO ORDER, AND RECOMMENDATION OF THE MAGISTRATE JUDGE

COMES THE PLAINTIFF, PRO SE, AND MOVES THIS HONORABLE COURT TO ENTER RELIEF REGARDING THIS OBJECTION AS TO THE ORDER, AND RECOMMENDATION OF THE MAGISTRATE JUDGE FILED JUNE 12, 2007 BASED ON THE FOLLOWING AFFIRMED TO AS TRUE UNDER PENALTY OF PERJURY:

THE MAGISTRATE JUDGES ORDER, AND RECOMMENDATION CONTAINS INVALID, FALSE, AND ERRONEOUS CLAIMS WITH INFORMATION.

CONTRARY TO HIS IMPLICATIONS I AM UNDER IMMINENT DANGER OF PHYSICAL INJURY BEING THE DEFENDANTS TOOK MY COAT, AND SUBJECT ME TO UNPREDICTABLE WEATHER CONDITIONS. THEY'RE SADISTIC, AND RETALIATORY.

MY RIGHTS UNDER AMENDMENTS ONE, FOUR, EIGHT, AND FOURTEEN WERE ATROCIOUSLY BREACHED UNDER THE UNITED STATES CONSTITUTION BY HORRENDOUS COMMISSIONS BY THE DEFENDANTS OF THE CORRUPT ALABAMA DEPT. OF CORRECTIONS.

I HATE CONFINEMENT, AND DON'T WANT TO BE PART OF THE SYSTEM, IF IT MATTERS.

THE MAGISTRATE JUDGE INCORRECTLY CITES DEFENDANT OF STANDFORD'S NAME AS "STANDFORD." HE ALSO STATES A WORD "WEN" ON PAGE 3 OF HIS RECOMMENDATION TO MISLEAD A PARTY WHO MAY READ TO HAVE INCORRECTIONS WITH FLAWS THROUGHOUT THE DOCUMENT.

I AVER THE INDIGENCY REQUEST SHOULD BE GRANTED BASED ON CAUSE STATED IN MY PREVIOUS DOCUMENTS.

MY SAFETY IS ALSO ENDANGERED WITH AN OFFICIAL WHO WOULD BE CONCERNING MY LIBERTY HAVING ME WITH THE FALSE IMPRESSION THAT I WOULD BE PAROLED BEING MS. SPARKS FABRICATED SUCH CLAIM.

I HAVE BEEN INFLICTED, AND HARRASSED UPON BY REPUGNANT ACTIONS OF THE DEFENDANTS PHYSICALLY, AND PSYCHOLOGICALLY BESIDES SUFFERING LACK OF WARMTH, MENTAL, AND PHYSICAL TORMENT, AGONY, AND STRESS.

THEREFORE, FOR THE REASONS PRESENTED IT IS EARNESTLY REQUESTED THAT I BE DISCHARGED FROM THE DEFENDANTS CUSTODY WITH A RELEASE, AND A JUDGMENT BE ENTERED PREVENTING THE DEFENDANTS FROM COMMITTING THEIR VIOLATIONS.

DATE: 6-17-07

SUBMISSION REQUESTED RESPECTFULLY,

WOOLBURCK NOE
A.I.S.= 148475
DORM E-14A
P.O. BOX 5107
UNION SPRINGS, AL. 36089-5107

2.

WOODWORCK NOE
DC'S 148475
DORM E1 M4
PO BOX 5107
UNION SPRINGS AL 36089-5107

UNITED STATES DISTRICT COURT
UNITED STATES COURTHOUSE
ONE CHURCH ST
PO BOX 711
MONTGOMERY AL ~~~~~
36101-0711

36101+0711-11 B007

USPS postage $00.41 — MAILED FROM ZIP CODE 36089 — JUN 19 2007 — PITNEY BOWES