IN THE UNITED STATES DISTRICT COURT

WOODBURCK NOE,
  PLAINTIFF/APPELLANT,

V.

ALABAMA DEPT. OF CORRECTIONS,
ET AL,
  APPELLEES.

CASE NO. 2:07-CV-0499-MEF

RECEIVED 2007 JUL 18 A 10:27 D. P. HACKETT, CLK U.S. DISTRICT COURT MIDDLE DIST ALA

## REQUEST FOR A CERTIFICATE OF APPEALABILITY/ NOTICE OF APPEAL, AND AFFIDAVIT WITH REQUEST FOR I.F.P. STATUS; FOR CERTIFICATE OF APPEALABILITY

COMES THE APPELLEE, WOODBURCK NOE, PRO SE, AND SUBMITS THIS NOTICE TO APPEAL THE DECISION ENTERED AS TO THE ABOVE-STYLED CASE JULY 12, 2007 TO APPEAL; AND REQUEST A CERTIFICATE OF APPEALABILITY TO BE ISSUED TO APPEAL TO THE ELEVENTH CIRCUIT COURT OF APPEALS OF THE UNITED STATES PURSUANT TO AMENDMENT ONE OF THE UNITED STATES CONSTITUTION BASED ON THE INCLUDED INFORMATION OF THIS DOCUMENT AFFIRMED TO AS TRUE UNDER PENALTY OF PERJURY, AND REQUEST ALSO IS MADE FOR INDIGENCY TREATMENT;

  I AM UNEMPLOYED WITH NO MEANS TO PAY FOR COURT COSTS; I ONLY HAVE $31.58 ON MY PRISON FUNDS ACCOUNT;

  I HAVE NO PROPERTY, OR ASSETS OF VALUE;

  I LAST RECEIVED $100 FROM MY BROTHER ON, OR ABOUT JUNE 2007;

  MY ISSUES INVOLVE MY NOT EXPECTING ANY MONEY OR CHANGE IN MY FINANCIAL STATUS IN THE FUTURE;

  MY ISSUES ON APPEAL ARE:

  1. I WAS LIED TO ABOUT BEING RELEASED BY A STATE OFFICIAL IN VIOLATION OF MY EIGHTH AMENDMENT RIGHT;

  2. I WAS DENIED ACCESS, OR MEANS TO ADDRESS SUPERIOR OFFICIALS TO RECTIFY BREACH IN VIOLATION OF MY FIRST AMENDMENT RIGHT;

3. I HAD A COAT TAKEN FROM ME, AS OTHER INMATES WERE SUBJECT TO IN VIOLATION OF MY EIGHTH AMENDMENT RIGHT;

4. I WAS ASSAULTED IN VIOLATION OF MY EIGHTH AMENDMENT RIGHT BY A PRISON OFFICIAL, ~~[struck through]~~

I URGE RELIEF, THROUGH JUDGMENT, BE ENTERED TO RELEASE ME FROM CUSTODY; PURSUANT TO SEC. 1621, TIT. 18, U.S.C. WITH SEC. 1746, TIT. 28, U.S.C.

DATE: 7-16-07

RESPECTFULLY SUBMITTED,

[signature]

WOODBURCK NOE
A.I.S.: 148475
DORM E1-14A
P.O. BOX 5107
UNION SPRINGS, AL.
36089-5107
S.S.N.: 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

2

Goodson, W.C.
AIS 148945
Dorm E1-14A
PO Box 5107
Union Springs AL 36089-5107

United States District Court
United States Courthouse
One Church St
PO Box 711
Montgomery AL 36101-0711

36101+0711 B007



02 1M
0004219410
MAILED FROM ZIPCODE 36089
PITNEY BOWES
$ 00.41⁰
JUL 17 2007
UNITED STATES POSTAGE

THIS CORRESPONDENCE IS FORWARDED FROM AN ALABAMA STATE PRISON THE CONTENTS HAVE NOT BEEN EVALUATED AND THE ALABAMA DEPARTMENT OF CORRECTIONS IS NOT RESPONSIBLE FOR THE SUBSTANCE OR CONTENT OF THE CORRESPONDENCE.