IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| WOODBURCK NOE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | CASE NO. 2:07-cv-499-MEF |
| | ) | WO |
| ALABAMA DEPARTMENT OF | ) | |
| CORRECTIONS, *et al.*, | ) | |
| | ) | |
| Defendants | ) | |

# **O R D E R**

Upon consideration of the plaintiff's Motion for Certificate of Appealability (Doc. #8) filed on July 18, 2007, it is hereby

ORDERED that the motion is DENIED.

DONE this the 31st day of July, 2007.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE